## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

HARVEY CULLUM                                                                                    PLAINTIFF

v.                                      No. 1:10CV00070 JLH

MICHAEL E. IRWIN, Individually and in his
Official Capacity as District Court Judge; and
CLEBURNE COUNTY DISTRICT COURT                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE